IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-159-MOC-DCK

| | |
|---|---|
| ROSEANNE McARDLE,<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) concerning Steven R. Dunn, filed May 11, 2011. Mr. Dunn seeks to appear as counsel *pro hac vice* for Defendant Diversified Consultants, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Dunn is admitted to appear before this court *pro hac vice* on behalf of Defendant Diversified Consultants, Inc.

Signed: May 11, 2011

David C. Keesler
United States Magistrate Judge