IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-159-MOC-DCK

ROSEANNE McARDLE,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed by Christopher Decker Lane on May 7, 2012, concerning Douglas Seung Baek. Mr. Baek seeks to appear as counsel *pro hac vice* for Plaintiff, Roseanne McArdle.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Baek is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff, Roseanne McArdle.

Signed: May 7, 2012

David C. Keesler
United States Magistrate Judge